UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **VINCENT BRUNO** | **CIVIL ACTION** |
| **VERSUS** | **NO. 05-1887** |
| **MICHAEL STARR, ET AL.** | **SECTION C** |

## ORDER

Before this Court is a Motion and Incorporated Memorandum in Support of Request for Sanctions filed by Michael Starr, Ruth Starr, James Staff and RMS Holdings, L.L.C. (the "Defendants"). (Rec. Doc. 53.) This Court granted a Motion to Dismiss in favor of the Defendants on August 23, 2005. (Rec. Doc. 40.) Plaintiff Vincent Bruno filed a Notice of Appeal on September 22, 2005. (Rec. Doc. 41.) Once Plaintiff filed his Notice of Appeal, this Court was divested of jurisdiction over the claim. *See In re Transtexas Gas Corp.*, 303 F.3d 571 (2002), 578-579 (5th Cir. 2002).

Thus, IT IS ORDERED that the Motion and Incorporated Memorandum in Support of Request for Sanctions filed by Michael Starr, Ruth Starr, James Staff and RMS Holdings, L.L.C.

is DENIED WITHOUT PREJUDICE, with leave to file the Motion again when the appeals process is complete and this Court has jurisdiction.

New Orleans, Louisiana, this 9th day of March, 2006.

HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE